April 15, 2003

The Honorable William D. Quarles, Jr.
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     **Re:**    **Hunter v. Baltimore City Board of School Commissioners**
               **Civil Action No.: WDQ-02-3698**

Dear Judge Quarles:

     Please accept this memorandum as a joint status report in the above-captioned matter. Plaintiff and Defendant have come to an amicable resolution in this matter. All terms of the settlement agreement have been agreed to at this time. The parties are now in the process of securing all the necessary signatures for the settlement agreement. The parties anticipate that a stipulation of dismissal will be filed with the Court by May 16, 2003.

     If the Court should have any questions, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.

                     Respectfully Submitted,


                     _____/s/_____
                     Allyson Huey, Fed. Bar No. 025065
                     Baltimore City Public School System
                     Office of Legal Counsel
                     200 E. North Avenue, Room 208
                     Baltimore, Maryland 21202
                     410-396-8982

                     Attorney for Defendant


cc:     Thomas Corbin, Esq., Attorney for the Plaintiff