## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| Wesley W. Hunter<br>6391 Open Flower<br>Columbia, Maryland  21045 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:  WDQ-02-3698 |
| Baltimore City Board of School Commissioners<br>200 East North Avenue<br>Baltimore, Maryland  21202 | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Please enter this matter as "PAID, SATISFIED, SETTLED AND DISMISSED WITH PREJUDICE."

_____/s/_____
Thomas B. Corbin, Esq.
Barnett Q. Brooks & Associates, LLC
326 Saint Paul Place, Suite 300A
(410) 576-7800

_____/s/_____
Allyson M. Huey, Esq.
Baltimore City Public School System
Office of Legal Counsel
200 E. North Avenue
Baltimore, MD 21202
(410) 396-8982

Attorney for Plaintiff

Attorney for Defendant